# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**MAXON HARVEY MORGAN, #23980-034**                                    **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 5:06cv27DCB-JCS**

**CONSTANCE REESE, et al.**                                          **DEFENDANTS**

## ORDER

Before the court is plaintiff's motion to voluntarily dismiss [doc.7] this civil action. Upon review of the plaintiff's motion, this Court finds that the plaintiff's request to dismiss this civil action is well-taken and shall be granted.

Accordingly, the plaintiff's motion to voluntarily dismiss [doc.7] this cause is granted and this cause is hereby **dismissed** without prejudice. All pending motions are terminated by the dismissal of this case.

**SO ORDERED** this the 8th day of June, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE